IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Emily BRILEY, et al. | * | |
| | * | |
| v. | * | Civil Action No. JFM 98-3394 |
| | * | |
| BD. OF EDUC. OF BALTIMORE COUNTY, et al. | * | |

\*\*\*\*\*

## ORDER

For the reasons stated in the memorandum entered herewith, it is, this 29th day of February 2000

ORDERED that

1.  defendants' motion for summary judgment is GRANTED; and

2.  plaintiffs' cross-motion for summary s judgment is DENIED.

_____
J. Frederick Motz
United States District Judge